UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 03-80504 (08-51011)

v.         District Judge Arthur J. Tarnow
        Magistrate Judge R. Steven Whalen

KYLE DRESBACH,

        Defendant.
_____/

**ORDER**

For the reasons stated on the record on October 27, 2008, Defendant's Motion for Discovery [Docket #299] is DENIED.

The transcript of the proceedings of October 27, 2008 shall be SEALED.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 28, 2008.

        S/Gina Wilson
        Judicial Assistant